UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

    v.                          Case No. 08-mc-43-PB

<u>Edward F. McGovern</u>

## O R D E R

I herewith approve the [5] Report and Recommendation of Magistrate Judge Muirhead dated August 20, 2008, no objection having been filed.

The taxpayer, Edward F. McGovern, is ordered to obey the summons and is ordered to appear on October 6, 2008 at 1:00 p.m. at Suite 350, 410 Amherst Street, Nashua, New Hampshire, before Diane M. Saylor, to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of February 12, 2008.

It is further ordered that the government be awarded its costs.

SO ORDERED.

September 10, 2008                  /s/ Paul J. Barbadoro
                                                   Paul J. Barbadoro
                                                   United States District Judge

cc:      Gretchen Leah Witt, AUSA
          Edward F. McGovern, pro se